UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04243-HDV-BFM | Date | July 29, 2026 |
| Title | *Armen Arzumanian v. Facility Administrator/Warden of Adelanto ICE Processing Center, et al.* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER ISSUING STAY PUT AND SETTING BRIEFING SCHEDULE RE PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

Petitioner Armen Arzumanian ("Petitioner"), proceeding in pro per, filed a Petition for Writ of Habeas Corpus on July 29, 2026 ("Petition"). [Dkt. 1]. On the same date, Petitioner filed an *Ex Parte* Application for Temporary Restraining Order ("Application"). [Dkt. 2]. In his Application, Petitioner requests immediate release from immigration detention. *Id.* at 2.

Petitioner is a citizen of Russia who came to the United States seeking asylum in October 2003. Petition at 2, 4. Petitioner was held in immigration detention for approximately four-and-a-half months. *Id.* at 4. Petitioner was then released under supervision conditions, which included GPS electronic monitoring, regular check-ins with ICE Enforcement and Removal Operations, and maintaining a designated residential address. *Id.*; *see* Declaration of Petitioner Regarding ATD/GPS Monitoring ("ATD Decl.") ¶ 3. Petitioner has resided in the United States ever since and has complied with all terms of his supervision. Petition at 2, 5-6; ATD Decl. ¶ 3–4. Petitioner's Individual Merits Hearing is scheduled for October 21, 2026, in Van Nuys, California. Petition at 5.

On June 28, 2026, Petitioner was detained by ICE officers outside his residence without prior notice and without a warrant for any criminal offense or change in his supervision conditions. *Id.* at 5–6. Petitioner is currently detained at the Adelanto ICE Processing Center. *Id.* at 3. Petitioner did not receive any pre-detention notice, nor did he receive a pre-deprivation hearing. *Id* at 6.

Respondents are ordered to file a response to the Application, which the Court construes as a request for a Preliminary Injunction, by **August 2, 2026**. The Court will hear oral argument on the Application on **August 6, 2026, at 1:30 p.m. Respondents are ordered to ensure that Petitioner is physically present at that hearing.**

In the interim, based on the Court's inherent powers to preserve the status quo, and based on its assessment of the *Winter* factors, Respondents are hereby ***enjoined*** from deporting Petitioner from the United States and ***enjoined*** from removing Petitioner outside the Central District of California. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985); *United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947).

Respondents are further ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, to place a copy of this Order in **Petitioner Armen Arzumanian's A-File (A# 249-016-965) in the Adelanto ICE Detention Facility**, and to provide Petitioner with a physical copy of this Order.

The Court refers the case to the Federal Public Defender ("FPD") for consideration of appointment of counsel for Petitioner. The FPD is ordered to file a response indicating whether they will represent Petitioner in this matter by **August 6, 2026**, or to appear at the hearing. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is directed to serve a copy of this order on the FPD.

**IT IS SO ORDERED.**

**cc: Jonathan Aminoff, FPD non-capital habeas chief**