**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ARMEN ARZUMANIAN,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-04243-HDV-BFM<br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Petition is **granted** as to Claim One. Petitioner (A# 249-016-965) **shall be immediately released** from immigration detention.

3. Claims Two and Three are **denied as moot** in light of the relief granted as to Claim One.

4. The application for a temporary restraining order (ECF 2) and the motion to expedite proceedings (ECF 3) are **denied as moot** in light of the relief granted by this Order.

5. Respondent shall file a status report within two business days of this Order confirming compliance with the Court's Order.

6. Upon receipt of a status report confirming compliance, judgment shall be entered consistent with this Order.

7. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: August 4, 2026

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE