JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ARMEN ARZUMANIAN,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al,

Respondents.

No. 5:26-cv-04243-HDV-BFM

**JUDGMENT**

On August 4, 2026, the Court issued an order granting the petition and ordered Petitioner Armen Arzumanian (A# 249-016-965) to be immediately released on the conditions of parole previously imposed. (ECF 13.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 15.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

Dated: August 10, 2026

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE